**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2416**

———————

GEORGE W. FRIDAY; PAULETTE D. FRIDAY,

                    Plaintiffs - Appellants,

          versus

PRINCE    GEORGE    COUNTY;    COMMONWEALTH    OF
VIRGINIA,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-00-867)

———————

Submitted:  April 25, 2002            Decided:  May 1, 2002

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

George W. Friday, Paulette D. Friday, Appellants Pro Se.  Jeremy
David Capps, HARMAN, CLAYTON, CORRIGAN & WELLMAN, Richmond,
Virginia; Brian M. McCormick, OFFICE OF THE ATTORNEY GENERAL OF
VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George W. Friday and Paulette D. Friday appeal the district court's order adopting the magistrate judge's recommendation dismissing their civil suit. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Friday v. Prince George County, No. CA-00-867 (E.D. Va. Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED